452 A.2d 32

Commonwealth v. St. Clair, Appellant.

Submitted February 18, 1982.
Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.